# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Williams v. Chicago Board of education, et al. Case Number: 20 CV 5666

An appearance is hereby filed by the undersigned as attorney for:
Defendant Candice Weisinger

Attorney name (type or print): Anthony J. Masciopinto

Firm: Kulwin, Masciopinto & Kulwin, LLP

Street address: 161 N. Clark Street, Suite 2500

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6208097
(See item 3 in instructions)

Telephone Number: 312-641-0300

Email Address: amasciopinto@kmklawllp.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 13, 2020

Attorney signature: S/ Anthony J. Masciopinto
(Use electronic signature if the appearance form is filed electronically.)