## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shanece Williams

                              Plaintiff,

v.                                                     Case No.: 1:20−cv−05666

                                                                       Honorable Ronald A. Guzman

Chicago Board Of Education, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

       MINUTE entry before the Honorable Ronald A. Guzman: Telephonic motion hearing held on 1/19/2022 regarding defendant Chicago Board of Education's motion for leave to file amended affirmative defenses [61]. The defendant Board of Education of the City of Chicago is directed to file by 2/3/2022 a brief statement describing the elements of each of its proposed affirmative defenses and what specific evidence it intends to present to prove each of those elements. The statement should also explain why plaintiff would not be required to conduct new discovery in order to prepare to rebut such evidence. After its review of defendant's submission, the Court will determine if plaintiff will be required to file a response. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.