## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHANECE WILLIAMS, on behalf of herself and as Mother and Next Friend of J.W., | ) ) ) | |
| Plaintiff, | ) ) ) | No. 20 C 5666 |
| v. | ) ) | Judge Ronald A. Guzmán |
| CHICAGO BOARD OF EDUCATION and CORTNEY WEISINGER, | ) ) ) | |
| Defendants. | ) | |

## ORDER

    Plaintiff's unopposed motion to file under seal a motion seeking court approval of settlement and distribution of funds involving a minor child [72] is granted. The Court having reviewed plaintiff's motion and exhibits, plaintiff's motion seeking court approval of settlement and distribution of funds involving a minor child [74] is granted.

    The parties have submitted an agreed proposed order approving of the settlement and distribution of funds. The agreed proposed order, as submitted to the court, appears to have omitted certain text that should appear as paragraph 6(c). Furthermore, paragraph 9 of the agreed proposed order, together with the parties' proposed agreed order of dismissal, provide for the Court's retention of jurisdiction to enforce the terms of the settlement agreement along with a dismissal with prejudice. It is well settled in this circuit that such a disposition is unacceptable. As noted by the Seventh Circuit: "[W]hen a suit is dismissed with prejudice, it is gone, and the district court cannot adjudicate disputes arising out of the settlement that led to the dismissal merely by stating that it is retaining jurisdiction." *Dupuy v. McEwen*, 495 F.3d 807, 809 (7th Cir. 2007). However, the Court can dismiss the case without prejudice while the settlement terms are being completed and order that the dismissal will automatically convert to one with prejudice on a date certain (i.e., when the settlement terms are complete). The parties are therefore directed to revise their proposed agreed orders and/or stipulations in accordance with Seventh Circuit case law and the Court's instructions herein. Within seven days of the entry of this order, the parties are directed to (A) submit to the Court's proposed-order box (1) a revised agreed proposed order approving of the settlement and distribution of funds involving a minor child and (2) a revised agreed order of dismissal; and (B) file a revised stipulation and/or agreed order of dismissal on the docket.

**DATE:** April 7, 2022

**Hon. Ronald A. Guzmán**
**United States District Judge**